# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.** **Case No: 8:17-mj-1305-T-AAS**

**LUIS NAVA**

---

## O R D E R

This defendant is in the custody of the United States Marshal. The court has been advised that he is in need of medical attention and/or prescribed medication while in custody. Defendant self reported that he has Type I diabetes and takes daily insulin shots.

It is therefore **ORDERED** that the defendant shall receive immediate medical attention at the place of incarceration and shall receive all currently prescribed medications unless discontinued by a physician.

**DONE** and **ORDERED** at Tampa, Florida, this 27th day of April, 2017

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge