**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:17-MJ-1305-T-AAS**

**LUIS ANDREAS NAVA**
_________________________________ /

# NOTICE OF APPEARANCE

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, LUIS ANDREAS NAVA, in the above-styled cause.

The Clerk is requested to enter the appearance of Frank W. Zaremba, Assistant Federal Defender, as counsel for the Defendant.

DATED this 1st day of May 2017.

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*/s/ Frank W. Zaremba*

Frank W. Zaremba
Assistant Federal Defender
Florida Bar No. 0277371
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Fax: 813-228-2562
Email: Frank_Zaremba@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of May 2017, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael Sinacore, AUSA

/s/ Frank W. Zaremba
Frank W. Zaremba
Assistant Federal Defender